**No. 09-11260. Billy Eugene Hodges, Petitioner v. United States.**

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6784.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 369 Fed. Appx. 586.

**No. 09-11261. Paul Hupp, Petitioner v. Educational Credit Management Corporation, et al.**

562 U.S. 870, 131 S. Ct. 390, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6589.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11262. Timothy B. Wilder, Petitioner v. United States.**

562 U.S. 870, 131 S. Ct. 169, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6461.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 597 F.3d 936.

**No. 09-11263. Phillip David Fussell, Petitioner v. United States.**

562 U.S. 870, 131 S. Ct. 170, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6661.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 366 Fed. Appx. 102.

**No. 09-11265. Robert Warren, Petitioner v. Bill McCollum, Attorney General of Florida, et al.**

562 U.S. 870, 131 S. Ct. 170, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6602.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11266. James Arthur Battle, Petitioner v. Debra Holly, et al.**

562 U.S. 871, 131 S. Ct. 170, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6962.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 368 Fed. Appx. 824.

**No. 09-11267. Nasario Cruz-Betancourt, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

562 U.S. 871, 131 S. Ct. 170, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 7021.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-11269. Antoine L. Wilson, Petitioner v. United States.**

562 U.S. 871, 131 S. Ct. 170, 178 L. Ed. 2d 101, 2010 U.S. LEXIS 6572.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.